UST-32, 3/03

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MCMILLEN, KEVIN MICHAEL | ) | Case No. 96-10130-PHX RJH |
| MCMILLEN, DAWN MICHELLE | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

ROBERT P. ABELE, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10103 | 06/30/10 | TEXACO<br>P.O. BOX 790001<br>HOUSTON, TX 77279-0001 | $184.57 |
| 10104 | 06/30/10 | LAW OFFICE OF CRAIG DECKER<br>1320 E. BORADWAY, STE. 101<br>MESA, AZ 85204 | $59.06 |
| 10105 | 06/30/10 | ADVANTA CORP<br>550 BLAIR MILL RD<br>HORSHAM, PA 19044 | $692.98 |
| 10106 | 06/30/10 | NATIONSCREDIT<br>WOODS POINT II<br>1853 DATA DRIVE<br>BIRMINGHAM, AL 35244 | $118.23 |
| 10107 | 06/30/10 | INDIRECT MED FED<br>FIRST BANK SYS/RMBC<br>P.O. BOX 5400<br>SIOUX FALLS, SD 57117 | $1,811.99 |
| 10108 | 06/30/10 | HURLEY STATE BANK<br>DBA INCREDIBLE UNIVERSE CRED PLAN<br>P.O. BOX 7004<br>SIOUX FALLS, SD 57117 | $167.10 |
| 10109 | 06/30/10 | FIRST CARD - FCC NAT BANK<br>P.O. BOX 2975<br>UNIONDALE, NY 11553 | $869.06 |
| 10110 | 06/30/10 | SAMARITAN HEALTH SYSTEM<br>3141 N. 3RD AVE.<br>PHOENIX, AZ 85013-4345 | $42.38 |
| 10111 | 06/30/10 | SAMARITAN HEALTH SYSTEM<br>3141 N. 3RD AVE.<br>PHOENIX, AZ 85013-4345 | $10.91 |

| | | | |
|---|---|---|---|
| 10112 | 06/30/10 | SAMARITAN HEALTH SYSTEM<br>3141 N. 3RD AVE.<br>PHOENIX, AZ 85013-4345 | $8.96 |
| 10114 | 06/30/10 | FIRST NAT BANK OF ATLANTA<br>C/O WACHOVIA BANK<br>P.O. BOX 14009<br>ATLANTA, GA 30324 | $717.41 |
| 10116 | 06/30/10 | US BANK<br>P.O. BOX 17143<br>DENVER, CO 80217 | $1,520.51 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $6,203.16 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| November 23, 2010 | /s/ Robert P. Abele |
| DATE | ROBERT P. ABELE, TRUSTEE |

MCMILLEN, KEVIN MICHAEL
MCMILLEN, DAWN MICHELLE
CASE 96-10130
PAGE -2-